ASM AMERICA, INC., Plaintiff/Counterclaim Defendant–Appellant,

and

Arthur Sherman, Plaintiff–Appellant,

and

ASM International, N.V., Counterclaim Defendant,

v.

GENUS, INC., Defendant/Counterclaimant–Appellee.

No. 04–1211.

United States Court of Appeals, Federal Circuit.

March 23, 2004.

Sharon O'Grady, Principal Attorney, Pillsbury Winthrop, San Francisco, CA, for for Plaintiff–Appellant.

Henry C. Bunsow, Principal Attorney, Simon Howrey, San Francisco, CA, for Plaintiff/Counterclaim Defendant–Appellant.

Edward R. Reines, Principal Attorney, Gotshal Weil, Redwood Shores, CA, for Defendant/Counterclaimant–Appellee.

## ORDER

The order of dismissal and the mandate dated March 5, 2004 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.